MR. JUSTICE HASWELL
(specially concurring):
I concur in affirming the district court’s dismissal of the habeas corpus petition.
The reason for this special concurrence is that I do not understand the basis of the majority holding. Is it based on the ■prior custody orders of the Missouri court? On the Montana adoption proceedings? On an independent adjudication of ■custody in the habeas corpus proceeding?
*378 In this case neither the Missouri court nor the Montana court in the adoption proceedings had jurisdiction over the mother. She was permanently deprived of her parental rights and her children were adopted by another, all without giving her notice of the proceedings and affording her an opportunity to be heard. The ultimate merits of the case cannot correct, jurisdictional defects. For this reason I would hold the Missouri custody awards and the Montana adoption proceedings void.
I would hold the independent custody adjudication of the Montana court in the habeas corpus proceeding correct and fully supported by the evidence. On this basis I would deny-the petition for habeas corpus.